EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
ROBYN MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
Chief, Civil Division
JASON K. AXE
Assistant United States Attorney
California Bar Number 187101
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8827
    Facsimile: (213) 894-7819
    E-mail: Jason.Axe@usdoj.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GARY BALL, JR., <br>     Plaintiff, <br> v. <br> U.S. DEPARTMENT OF JUSTICE, <br>     Defendant. | No. CV 15-4901 DOC (ASx) <br><br> **ORDER AND JUDGMENT** <br><br> [Fed. R. Civ. P. 56]   [32] |

The Court having considered the pleadings and evidence presented, and in accordance with the statement of uncontroverted facts and conclusions of law entered herein,

///
///
///

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant's motion for summary judgment is granted.

DATED: May 11, 2021

*David O. Carter*

UNITED STATES DISTRICT JUDGE
HON. DAVID O. CARTER

Respectfully submitted,

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section

/s/ *Jason K. Axe*
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendant